United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 18, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-40665
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALFREDO GILBERTO AGUILAR-CORTEZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-02-CR-747-1
--------------------

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

Alfredo Gilberto Aguilar-Cortez appeals his sentence
following his guilty plea conviction for transporting an
undocumented alien within the United States.  Aguilar challenges
a condition of supervised release set forth in the written
judgment that prohibits him from possessing "any other dangerous
weapon."  Aguilar argues that this provision must be deleted from
the written judgment because the district court did not mention
the condition when it orally pronounced sentence.  This issue is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

foreclosed by <u>United States v. Torres-Aguilar</u>, 352 F.3d 934, 938 (5th Cir. 2003).

AFFIRMED.